■ JOHN MUELLER et al., Appellants, v EAST SIDE WEST SIDE MESSENGER SERVICE, Respondent, et al., Defendant. [621 NYS2d 912] —Appeal by the plaintiff from an order of the Supreme Court, Kings County (G. Aronin, J.), dated August 26, 1993.

Ordered that the order is affirmed for reasons stated by Justice Gloria Aronin at the Supreme Court, Kings County, in a memorandum decision dated March 30, 1993. Bracken, J. P., Rosenblatt, Lawrence, Krausman and Goldstein, JJ., concur.